JOHN LAMDEN *v.* JOHN SHARP and ALLEN HURST.

PRACTICE AT LAW.—*Continuance.*

After a continuance of a cause no rules or proceedings can be had in it at the same term of court.

The question decided in this cause was the same as in Hurst *v.* Selvidge, *supra.*

The cause was continued by consent of parties on a certain Monday of the Term. At the same time a rule was

pending requiring the plaintiff to justify his security for the prosecution of the suit, or give new security, by the following day, Tuesday. On the following Saturday the Court dismissed the suit for non-compliance with the rule and the plaintiff appealed in error to this Court.

REESE, J. :

The cause having been continued, no rule or other proceeding could be had in it at that term of the Court.

*Judgment reversed and cause remanded.*